# United States District Court
# Eastern District of California
Redding Branch

**UNITED STATES OF AMERICA**                              **JUDGMENT**

       vs.

**GORDON W. BRECEDA**                    CASE NO.    3:15-mj-0031 CMK

THE DEFENDANT was found guilty in Counts 1, 2, 4, 5, 7 and 9, of the crminal complaint filed on October 22, 2015, after a plea of guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNT | DATE OF OFFENSE |
|---|---|---|---|
| 36 CFR 261.6(a) | Cut Firewood Except as Authorized | 1 | 07/23/2015 |
| 36 CFR 261.6(h) | Remove Forest Products Except as Authorized | 2 | 07/23/2015 |
| 36 CFR 261.10(l) | Violate Term of Special Use Authorization | 4 | 07/23/2015 |
| 36 CFR 261.10(a) | Construct/Place Road on Forest Lands | 5 | 07/23/2015 |
| 36 CFR261.13 | Operate Motor Vehicle on Forest Lands | 7 | 07/23/2015 |
| 36 CFR 261.11(b) | Leave Litter/Debris in Unsanitary Condition | 9 | 07/23/2015 |

The defendant is sentenced as provided in pages 1 through 2 of this Judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has been found not guilty on Count(s) _____, and is discharged as to such count(s).

[ X ]  Count(s) 3, 6, and 8 are hereby dismissed.

[ X ]  The fine imposed by this Judgment is $490.00 plus a $10.00 penalty assessment for each count for a total of $3,000.00, payable to the Clerk, U.S. District Court, 501 I Street, Sacramento, California 95814.  Said fine shall be paid in full during the two year term of probation

[ ]  No fine is imposed, due to the defendant's inability to pay.

[ X ]  Restitution imposed by this Judgment is $1,273.00, payable to Klamath National Forest, 1711 Main Street, Yreka, California 96097.  Said restitution shall be paid in full during the two year term of probation.  The government shall return Defendant's chainsaws upon evidence of full payment of the restitution

DEFENDANT: Gordon W. Breceda               JUDGMENT - Page 2 of 2
CASE NUMBER: 3:15-mj-0031 CMK

    The defendant is placed on **Unsupervised Probation** for two (2) years, and shall abide by the following standard conditions adopted by the court:

1. The defendant shall not commit another federal, state, or local crime, and not illegally possess a controlled substance.

    **You shall comply with the following special conditions:**

1. The defendant is excluded from entering all federal lands during the term of probation except for the Veteran's Memorial located on Highway 97.

                                        Date of Sentencing: December 15, 2015

DATED: December 17, 2015

                                        _____
                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE